UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARVIN C. GALLOW,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C14-1560-RAJ<br><br>ORDER OF REMAND |

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler.  It is ORDERED:

(1)   The Court adopts the Report and Recommendation;

(2)   The Court REMANDS this matter for further administrative proceedings; and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 27th day of April, 2015.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF REMAND
PAGE - 1